Keith R. Lalliss (State Bar Number 002293
krlalliss@hotmail.com
Post Office Box 697
Mesa, Arizona  85211-0697
480-926-0039
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CLIFTON G. MACK, dba Mach Family Chiropractic,<br><br>          Plaintiff,<br><br>     vs.<br><br>BANNER PLAN ADMINISTRATION, Inc., an Arizona Corporation,<br><br>          Defendant | Case No.:  2:20-CV-00297-phx-dlr<br><br>PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S ATTORNEY'S MOTION FOR LEAVE TO WITHDRAW AND FOR EXTENSION OF TIME |

Plaintiff, Clifton G. Mack, by and through his attorney, Replies to the Response of the Defendant to Plaintiff's counsel's motion for Leave to Withdraw and for Additional Time to File an Amended Complaint as follows:

1. After much thought, Plaintiff's attorney withdraws his Motion for Leave to Withdraw as Counsel for Plaintiff at this time. It appears, after much searching for alternate counsel for Plaintiff, that there may be, as stated by Defendant's counsel, inordinate delay in completing that effort. Plaintiff's counsel has contacted several attorneys in the state with ERISA conflict experience and has not found anyone who is available to take over this matter at this time.

2. Plaintiff's counsel, although having no prior experience in matters involving ERISA, is finishing an Amended Complaint, which will be filed no later than August 17, 2020.

3. Efforts to obtain alternate counsel for Plaintiff will continue and when accomplished, may result in refiling of the Motion for Leave to Withdraw.

4. Plaintiff seeks Court ratification of the late filing of the Amended Complaint.

RESPECTFULLY SUBMITTED this 14th day of August, 2020.


s/s Keith R Lalliss, Attorney for Plaintiff


Copy of the foregoing mailed and e-mailed this 14th day of August, 2020 to:


Nicole G. True
Lewis Roca Rothberger Christie LLP
201 East Washington Street, Suite 1200
Phoenix AZ 85004-2595

NTrue@lrrc.com

s/s Keith R. Lalliss