Keith R. Lalliss (State Bar Number 002293
krlalliss@hotmail.com
Post Office Box 697
Mesa, Arizona  85211-0697
480-926-0039
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Clifton G. Mack, dba Mack Family Chiropractic, | ) Case No.:  2:20-CV-00297-phx-dlr |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) FIRST AMENDED COMPLAINT |
| vs. | ) |
| | ) |
| Banner Plan Administration, Inc., an Arizona | ) |
| Corporation, | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

_____

Plaintiff, Clifton G. Mack, doing business as "Mack Family Chiropractic", by and through his attorney, for his first amended complaint against the defendant, Banner Plan Administration, Inc., an Arizona Corporation, an Arizona Nonprofit Corporation, alleges:

I.

During the period of time relevant to this complaint, Plaintiff was the owner of a business which provided chiropractic and massage services to the public at its clinic on Brown Road in Mesa, Arizona.

II.

Starting in approximately the calendar year 2009, employees of the defendant came to Plaintiff's clinic seeking such services. Each of those persons displayed an insurance card issued by the defendant as a Preferred Provider Organization, which authorized Plaintiff to provide health care services to those persons with the understanding that the costs of those services would be submitted to the defendant and paid by the defendant.

- 1

III.

From approximately 2009, Plaintiff began to offer health care services to a growing list of employees of Defendant. Statements for such services were sent to Defendant's offices and approximately 80% of the charges were paid to Plaintiff by Defendant.

IV.

During the calendar year 2016, regular payments of statements issued by the Plaintiff to the Defendant were made until interrupted during the month of September. Efforts were made by Plaintiff to determine why that failure occurred, but no definitive answer was received from the Defendant. Payments were resumed at the beginning of 2017, but no payments were received for services provided to Defendant's employees during the latter part of 2016.

V.

Services provided by Plaintiff's business relevant to this complaint were provided by Doctors of Chiropractic licensed by the state of Arizona, namely, Michael J. Murphy, D.C.; David Jones, D.C. and Richard Droste, D.C., who were employed by the Plaintiff.

VI.

Defendant has not paid for services provided by the Plaintiff's business to the following patients on the following dates, which statements were provided to Defendant shortly after the services were performed. (Patients are listed by initials only. Complete names are provided to Defendant's counsel separately):

| Patient | Dates of Service and charges | |
|---------|------------------------------|---|
| F. A. | October 1, 2016, $270.00 | |
| | October 8, 2016, $270.00 | Total: $540.00 |
| J. A. | October 22, 2016, $270.00 | |
| | November 8, 2016, $270.00 | |
| | December 1, 2016: $270.00 | |
| | December 20, 2016: $225.00 | Total: $1035.00 |
| P. A. | October 21, 2016, $270.00 | |

| | | |
|---|---|---|
| | November 4, 2016, $270.00 | |
| | November 18, 2016, 270.00 | |
| | December 1, 2016:  $270.00 | |
| | December 16, 2016, $270.00 | Total: $1350.00 |
| N. A. | October 8, 2016, $110.00 | |
| | October 14, 2016, $110.00 | |
| | December 22, 2016, $270.00 | |
| | December 30, 2016, $270.00 | Total: $760.00 |
| M. B. | October 18, 2016, $270.00 | Total: $270.00 |
| R. B. | September 29, 2016, $270.00 | |
| | November 19, 2016, $110.00 | |
| | November 21, 2016, $235.00 | |
| | December 1, 2016, $225.00 | |
| | December 6, 2016: $160.00 | |
| | December 8, 2016: $225.00 | |
| | December 13, 2016: $200.00 | |
| | December 20, 2016, $160.00 | |
| | December 22, 2016: $160.00 | |
| | December 27, 2016, $160.00 | Total: $1905.00 |
| S. B. | October 8, 2016, $270.00 | |
| | November 1, 2016, $270.00 | |
| | December 10, 2016, $270.00 | |
| | December 22, 2016, $270.00 | Total: $810.00 |
| T.B. | November 15, 2016, 225.00 | |
| | November 21, 2016, 385.00 | Total: $610.00 |
| M.B. | December 16, 2016, $110.00 | |
| | December 23, 2016, $270.00 | Total: $380.00 |

| | | |
|---|---|---|
| S. B. | October 3, 2016, $270.00 | |
| | October 18, 2016, $270.00 | |
| | November 7, 2016, $270.00 | |
| | December 20, 2016, $225.00 | |
| | December 30, 2016, $225.00 | Total: $1260.00 |
| D. B. | October 15, 2016, $270.00 | |
| | October 29, 2016, $270.00 | |
| | November 12, 2016, $270.00 | |
| | December 3, 2016, $270.00 | |
| | December 17, 2016, $110.00 | Total: $1190.00 |
| M. B. | December 9, 2016, $350.00 | Total: $350.00 |
| T. B. | November 28, 2016, $65.00 | |
| | December 12, 2016, $265.00 | |
| | December 19, 2016:$265.00 | |
| | December 29, 2016, $225.00 | Total: $820.00 |
| E. C. | November 8, 2016, $225.00 | |
| | November 22, 2016, $225.00 | |
| | December 20, 2016, $225.00 | Total: $675.00 |
| J. L.C. | October 29, 2016, $270.00 | |
| | September 29, 2016, $270.00 | |
| | October 1, 2016, $270.00 | |
| | October 6, 2016, $270.00 | |
| | October 22, 2016, $270.00 | Total: $1350.00 |
| L. C. | November 7, 2016, $225.00 | |
| | December 2, 2016, $225.00 | |
| | December 16, 2016, $225.00 | Total: $675.00 |
| J. C. | October 7, 2016, $150.00 | |

- 4

|  |  |  |
|---|---|---|
|  | August 22, 2016, $65.00 |  |
|  | October 17, 2016, $270.00 |  |
|  | October 31, 2016, $270.00 |  |
|  | November 11, 2016, $270.00 |  |
|  | November 21 2016, $270.00 |  |
|  | November 28, 2016, $270.00 |  |
|  | December 12, 2016: $200.00 |  |
|  | December 19, 2016; $200.00 |  |
|  | December 27, 2016, $225.00 | Total: $2190.00 |
| A. C. | November 21, 2016, $350.00 | Total:   $350.00 |
| S. D. | October 5, 2016, $300.00 |  |
|  | October 15, 2016, $270.00 |  |
|  | November 15, 2016, $270.00 | Total: $840.00 |
| S. A. D. | October 3, 2016, $200.00 |  |
|  | October 6, 2016, $200.00 |  |
|  | October 15, 2016, $310.00 |  |
|  | October 25, 2016, $280.00 |  |
|  | November 3, 2016, $270.00 |  |
|  | November 8, 2016, $270.00 |  |
|  | November 15, 2016, $270.00 |  |
|  | November 28, 2016, $225.00 | Total: $2025.00 |
| S. C. D. | October 18, 2016, $235.00 |  |
|  | November 8, 2016, $235.00 | Total: $470.00 |
| D. D. | October 4, 2016, $235.00 |  |
|  | October 18, 2016, $235.00 |  |
|  | December 27, 2016, $225.00 | Total: $695.00 |
| S. D. | October 1, 2016, $235.00 |  |

- 5

|  |  |  |
|---|---|---|
|  | November 5, 2016, $235.00 | Total: $470.00 |
| S. D. #2 | October 15, 2016, $235.00 |  |
|  | November 5, 2016, $235.00 | Total: $470.00 |
| I. G. D. | November 29, 2016, $225.00 |  |
|  | December 8, 2016, $225.00 | Total: $450.00 |
| A. F. | November 10, 2016, $235.00 |  |
|  | November 22, 2016, $235.00 | Total: $470.00 |
| R. G. | November 10, 2016, $235.00 |  |
|  | December 8, 2016, $385.00 |  |
|  | December 30, 2016, $225.00 | Total: $845.00 |
| C. L. G. | October 25, 2016, $265.00 | Total: $265.00 |
| C. G. | October 20, 2016, $270.00 |  |
|  | October 27, 2016, $270.00 |  |
|  | November 3, 2016, $270.00 |  |
|  | November 10, 2016, $270.00 |  |
|  | November 17, 2016, $270.00 |  |
|  | December 22, 2016, $270.00 |  |
|  | December 29, 2016, $225.00 | Total: $1845.00 |
| R. G. | October 20, 2016, $235.00 |  |
|  | October 27, 2016 $235.00 |  |
|  | November 3, 2016, $235.00 |  |
|  | November 10, 2016, $235.00 |  |
|  | November 17, 2016, $235.00 |  |
|  | December 1, 2016, $235.00 |  |
|  | December 22, 2016, $225.00 |  |
|  | December 29, 2016, $225.00 | Total: $1860 |
| M. H. | October 18, 2016, $300.00 | Total: $300.00 |

| | | |
|---|---|---|
| K. H. | October 1, 2016, $270.00 | |
| | October 8, 2016, $150.00 | |
| | October 29, 2016, $270.00 | Total: $690.00 |
| D. H. | October 13, 2016, $270.00 | Total: $270.00 |
| C. H. | November 3, 2016, $110.00 | |
| | November 5, 2016, $110.00 | Total: $220.00 |
| T. H. | November 18, 2016, $430.00 | Total: $430.00 |
| G. C. H. | October 15, 2016, $235.00 | |
| | November 15, 2016, $270.00 | Total: $505.00 |
| M. L. H. | October 10, 2016, $270.00 | |
| | December 3, 2016, $270.00 | Total: $540.00 |
| A. J. | November 12, 2016, $300.00 | |
| | November 15, 2016, $225.00 | |
| | November 19, 2016, $225.00 | |
| | November 21, 2016, $235.00 | |
| | December 5, 2016, $235.00 | |
| | December 13, 2016, $385.00 | |
| | December 20, 2016, $225.00 | Total: $1830 |
| B. O. J. | November 8, 2016, $270.00 | |
| | November10, 2016, $270.00 | |
| | November 15, 2016, $270.00 | Total: $810.00 |
| K. K. | October 6, 2016, $280.00 | |
| | November 5, 2016, $270.00 | |
| | November 19, 2016, $270.00 | |
| | December 3, 2016, $270.00 | |
| | December 19, 2016, $270.00 | Total: $1360.00 |
| J. K. | October 1, 2016, $225.00 | |

October 8, 2016, $270.00

October 22, 2016, $270.00

November 5, 2016, $235.00

December 217, 2016, $235.00          Total: $1235.00

J. L.          December 9, 2016, $225.00          Total: $225.00

K. L.          October 4, 2016, $270.00

October 18, 2016, $270.00

November 4, 2016, $225.00

November 21, 2016, $225.00

November 29, 2016, $225.00

December 8, 2016, $385.00

December 29, 2016, $225.00          Total: $1825.00

M. L.          October 8, 2016, $225.00

October 22, 2016, $225.00

November 12, 2016, $225.00

December 10, 2016, $225.00          Total: $900.00

M. L. 2          October 8, 2016, $225.00

October 22, 2016, $225.00

November 12, 2016, $225.00

December 1, 2016, $225.00          Total: $900.00

J. M.          October 15, 2016, $335.00          Total: 335.00

C. M.          October 27, 2016, $225.00          Total: $225.00

J.M. 2          October 27, 2016, $270.00

December 10, 2016, $270.00          Total: $540.00

M. M.          December 1, 2016, $235.00

December 13, 2016, $235.00

December 22, 2016, $225.00

- 8

|  |  |  |
|---|---|---|
|  | December 29, 2016, $225.00 | Total: $920.00 |
| C. M. 2 | December 30, 2016, $285.00 | Total: $285.00 |
| E. A. M. | October 27, 2016, $225.00 | Total: $225.00 |
| D. M. | October 1, 2016, $225.00 |  |
|  | October 8, 2016, $385.00 |  |
|  | October 29, 2016, $225.00 |  |
|  | November 10, 2016, $225.00 |  |
|  | November 19, 2016, $225.00 | Total: $1285.00 |
| T. A. M. | October 1, 2016, $225.00 |  |
|  | December 19, 2016, $385.00 | Total: $610.00 |
| D. M. 2 | October 11, 2016, $210.00 | Total: $210.00 |
| S. M. | October 27, 2016, $225.00 | Total: $225.00 |
| M. M. | October 7, 2016, $270.00 |  |
|  | October 21, 2016, $270.00 |  |
|  | December 19, 2016, $270.00 |  |
|  | December 23, 2016, $270.00 |  |
|  | December 27, 2016, $385.00 | Total: 1465.00 |
| L. E. N. | December 1, 2016, $270.00 |  |
|  | December 13, 2016, $270.00 | Total: $540.00 |
| J. A. P. | October 29, 2016, $385.00 | Total: $385.00 |
| N. L. P. | October 29, 2016, $270.00 |  |
|  | November 22, 2016, $270.00 |  |
|  | November 29, 2016, $270.00 |  |
|  | December 6, 2016, $270.00 |  |
|  | December 29, 2016, $225.00 | Total: $1305 |
| D. P. | October 28, 2016, $235.00 | Total: $235.00 |
| L. P. | October 6, 2016, $270.00 |  |

October 27, 2016, $270.00

November 10, 2016, $270.00

November 17, 2016, $270.00

December 1, 2016, $270.00

December 22, 2016, $385.00        Total: $1735.00

B. A. R.        October 11, 2016, $270.00

October 28, 2016, $270.00        Total: $540.00

B. R.        October 6, 2016, $270.00        Total: $270.00

E. S.        October 25, 2016, $225.00        Total: $225.00

M. S.        November 10, 2016: $300.00

November 14, 2016, $225.00

November 21, 2016, $225.00

December 9, 2016, $225.00

December 19, 2016, $225.00        Total: $1200.00

E. S. #2        October 14, 2016, $280.00

October 28, 2016, $280.00        Total: $560.00

J. M. S.        October 6, 2016, $270.00

October 21, 2016, $110.00

October 25, 2016, $270.00

November 4, 2016, $270.00

November 7, 2016, $270.00

November 22, 2016, $225.00

December 5, 2016, $225.00

December 16, 2016, $225.00

December 30, 2016, $225.00        Total: $2090.00

L. S.        September 27, 2016, $140.00

October 3, 2016, $65.00

|  |  |  |
|---|---|---|
|  | October 3, 2016, $200.00 | Total: $405.00 |
| D. S. | October 13, 2016, $430.00 |  |
|  | October 27, 2016, $270.00 |  |
|  | November 10, 2016, $270.00 |  |
|  | November 22, 2016, $270.00 | Total: $1240.00 |
| S. S. | October 22, 2016, $270.00 |  |
|  | October 29, 2016, $430.00 |  |
|  | November 12, 2016, $270.00 |  |
|  | November 19, 2016, $430.00 | Total: $1400 |
| L. S. | October 13, 2016, $270.00 |  |
|  | November 3, 2016, $270.00 |  |
|  | November 21, 2016, $270.00 |  |
|  | December 1, 2016, $270.00 |  |
|  | December 13, 2016, $270.00 | Total: $ 1350.00 |
| L. S. 2 | October 20, 2016, $400.00 | Total: $400.00 |
| A. T. | September 27, 2016, $205.00 |  |
|  | October 4, 2016, $65.00 |  |
|  | October 14, 2016, $280.00 |  |
|  | October 29, 2016, $280.00 |  |
|  | November 12, 2016, $280.00 |  |
|  | December 6, 2016, $235.00 |  |
|  | December 20, 2016, $235.00 | Total: $1580.00 |
| S. M. T. | December 17, 2016, $225.00 | Total: $225.00 |
| W. R. T. | October 1, 2016, $270.00 |  |
|  | October 21, 2016, $270.00 |  |
|  | November 3, 2016, $270.00 |  |
|  | November 11, 2016, $270.00 |  |

|  | | |
|---|---|---|
| | November 17, 2016, $270.00 | |
| | December 17, 2016, $270.00 | Total: $1620.00 |
| C. T. | November 22, 2016, $270.00 | Total: $270.00 |
| D. T. | November 22, 2016, $225.00 | Total: $225.00 |
| E. T. | October 21, 2016, $300.00 | Total: $300.00 |
| J. R. T. | October 20, 2016, $235.00 | |
| | December 6, 2016, $225.00 | |
| | December 20, 2016, $225.00 | |
| | December 29, 2016, $225.00 | Total: $910.00 |
| N. T. | October 20, 2016, $270.00 | |
| | November 3, 2016, $270.00 | |
| | December 6, 2016, $270.00 | |
| | December 20, 2016, $225.00 | |
| | December 29, 2016, $225.00 | Total: $1260.00 |
| J. W. | October 10, 2016, $270.00 | Total: 270.00 |
| M. W. | October 4, 2016, $235.00 | |
| | October 15, 2016, $110.00 | Total: $345.00 |
| X. W. | October 15, 2016, $335.00 | Total: $335.00 |
| J. W. | October 18, 2016, $350.00 | |
| | October 20, 2016, $235.00 | |
| | October 27, 2016, $235.00 | |
| | November 1, 2016, $235.00 | |
| | November 3, 2016, $235.00 | |
| | November 10, 2016, $235.00 | |
| | November 15, 2016, $235.00 | |
| | November 17, 2016, $235.00 | |
| | November 22, 2016, $235.00 | |

November 12, 2016, $50.00

November 29, 2016, $225.00

December 1, 2016, $225.00

December 6, 2016, $225.00

December 8, 2016, $225.00

December 10, 2016, 225.00

December 15, 2016, $385.00

December 20, 2016, $225.00

December 23, 2016, $225.00

December 27, 2016, $225.00          Total: $4465.00

M. W.          October 20, 2016, $335.00

October 27, 2016, $210.00

November 3, 2016, $210.00

November 10, 2016, $210.00

November 17, 2016, $210.00

November 29, 2016, $210.00

December 6, 2016, $210.00

December 8, 2016, $210.00

December 10, 2016, $210.00

December 15, 2016, $210.00

December 20, 2016, $210.00

December 22, 2016, $210.00

December 27, 2016, $ 210.00

December 29, 2016, $160.00          Total: $3015.00

M. K. W.          November 14, 2016, $270.00

November 21, 2016, $270.00

December 15, 2016, $270.00          Total: $810.00

- 13

A. W.    October 18, 2016, $235.00

November 1, 2016, $235.00

November 17, 2016, $225.00

November 29, 2016, $225.00

November 10, 2016, $225.00

November 17, 2016, $160.00    Total: $1305.00

S. W.    October 18, 2016, $235.00

November 1, 2016, $235.00

November 17, 2016, $235.00

November 29, 2016, $235.00    Total: $940.00

J. W.    October 18, 2016, $350.00

October 20, 2016, $235.00

October 27, 2016, $235.00

November 1, 2016, $235.00

November 3, 2016, $235.00

November 10, 2016, $235.00

November 15, 2016, $385.00

November 17, 2016, $225.00

November 22, 2016, $225.00

November 29, 2016, $225.00

December 1, 2016, $225.00

December 6, 2016, $225.00

December 8, 2016, $385.00

December 10, 2016, 225.00

December 15, 2016, $385.00

December 20, 2016, $385.00

December 22, 2016, 225.00

- 14

December 27, 2016, $225.00

December 29, 2016, $ 160.00          Total: $5025.00

A. Y.          October 14, 2016, $280.00

October 20, 2016, $230.00

October 25, 2016, $50.00          Total: $560.00

Total of all services:          $82,930.00

VII.

Defendant should have paid at least 80% of the total claims submitted during the above period, in the amount of $66,344.00. Plaintiff is entitled to statutory interest at the rate of 10% per annum.

VIII.

This claim arises out of a contractual relationship between the parties. Plaintiff is entitled to recovery of his costs and attorney's fees, pursuant to A.R.S. Sections 12-341 and 341.01.

DATED this 17th day of August, 2020.


s/s Keith R. Lalliss

Copy of the foregoing sent

by E-mail this 17th day of August, 2020, to


Nicole G. True,

NTrue@lrrc.com

s/s Keith R. Lalliss